107 F.3d 7
 Michael Grabowski, Bruce Travers, Kenneth Feldman, John
Macready, James Mueller, David Toracinta, John
McKenna, Erik Stangeby, James Hunt
v.
Robert Bonner, Russell Hayman, Stephen H. Greene, David L.
Westrate, James L. Bramble, Thomas B. Byrne, Dale W.
Schuitema, Lee Wayne Nicks, Lowery Leong, Sidney Hayakawa,
Robert A. Bryden, James Milford, John Toal, William P.
McMullan, John Peluso, Nagy Khairallah, Betty Munoz, U.S.
Drug Enforcement Administration, Estate of Maria
 NO. 95-5532
United States Court of Appeals,
Third Circuit.
 Jan 31, 1997
 Appeal From: D.N.J. , No. 94-02363
 
 1
 Affirmed in part, Vacated in part.